O AO 94   (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>GEORGE WILLIS | **FILED**<br>**Jul 13, 2026**<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>**COMMITMENT TO ANOTHER**<br>**DISTRICT**<br>Case No. 2:26-mj-00099-AC |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| E. District of CA | 0:26-mj-01-CJS | 2:26-mj-00099-AC | E. District of KY |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

_____ Indictment   _____ Information   _X_ Complaint   _____ Other (specify)   Click here to enter text.

**charging a violation of**      18      **U.S.C. '**   751(a)

**DISTRICT OF OFFENSE**   **Eastern District of Kentucky**

**DESCRIPTION OF CHARGES:**

Escape from Federal Custody

**CURRENT BOND STATUS:**

Clic Bail fixed at $_____        and conditions were not met

  **x**  Government moved for detention and defendant detained after hearing in District of Arrest

Clic Government moved for detention and defendant detained pending detention hearing in District of Offense

Clic Other (specify)

**Representation**      _____ Retained Own Counsel   _X_ Federal Defender Organization   _____ CJA Attorney   _____ None

**Interpreter Required?**        _X_ No   _____ Yes      Language:_____

**DISTRICT OF**   CALIFORNIA

TO: THE UNITED STATES MARSHAL

   You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_07/13/2026_                        _Allison Clare_
      Date                      United States Magistrate Judge

| **RETURN** |
|---|

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |