**Query**  **Reports**  **Utilities**  **Help**  **What's New**  **Log Out**

CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:26-mj-00099-AC-1

Case title: USA v. Willis

Other court case number: 0:26-mj-01-CJS Eastern District of Kentucky

Date Filed: 07/13/2026

Date Terminated: 07/13/2026

---

Assigned to: Magistrate Judge Allison Claire

### Defendant (1)

**George Willis**
*TERMINATED: 07/13/2026*

represented by **Michael Heumann**
Law Office of Michael Heumann
901 H Street
Suite 405-5
Sacramento, CA 95814
916-426-6692
Email: mikeheumann.law@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                        **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                            **Disposition**

RULE 5(c)(3)

---

**Plaintiff**

**USA**                                   represented by    **Caily Nelson , GOVT**
DOJ-USAO
U.S. Department of Justice
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2734
Email: caily.nelson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2026 | | RULE 5(c)(3) ARREST from Eastern District of Kentucky. Case 0:26-mj-01-CJS as to George Willis (1). (Deputy Clerk JAA) (Entered: 07/13/2026) |
| 07/13/2026 | 1 | MINUTES for INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS held before Magistrate Judge Allison Claire as to George Willis on 7/13/2026. All parties present. Defendant present and in custody. Michael Heumann appointed to represent the defendant. The court advised the defendant of his rights and pending charges. Defense counsel waived ID hearing. Government moved for detention. Defense counsel submitted on detention. After consideration and for the reasons stated on the record, the court ordered the defendant detained and transported forthwith to the Eastern District of Kentucky. Government Counsel: Caily Nelson present. Defense Counsel: Michael Heumann present. Custody Status: Present and In Custody. Court Reporter: ECRO/MF. (Deputy Clerk JAA) (Entered: 07/13/2026) |
| 07/13/2026 | 3 | COMMITMENT to ANOTHER DISTRICT signed by Magistrate Judge Allison Claire on 7/13/2026 as to George Willis. Defendant committed to Eastern District of Kentucky. (Deputy Clerk AMW) (Entered: 07/14/2026) |